IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NEVGULMARCO COMPANY, INC.; | § | |
| ZIMCO MARINE, INC.; | § | |
| and CARMELITA, INC. | § | |
| | § | C. A. NO. B-03-153 |
| v. | § | |
| | § | |
| ANGEL ROMERO, JR. | § | |

## ORDER SETTING HEARING
## ON
## PLAINTIFFS' MOTION TO STAY

On the 22nd day of September, 2003, came on to be considered Plaintiffs' Motion to Stay. The Court, after considering same, is of the opinion that said Plaintiffs' Motion to Stay should be set for hearing.

IT IS, THEREFORE, ORDERED that Plaintiffs' Motion to Stay be and it is hereby set for a hearing on the 23rd day of _____, 2003, at 1:00 o'clock p.m.

SIGNED FOR ENTRY on this 22nd day of September, 2003.

_____
JUDGE PRESIDING

**COPIES:**
Tom Fleming, FLEMING & HERNANDEZ, P.C., 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78521-1602
Ray R. Marchan, WATTS LAW FIRM, L.L.P., 1926 East Elizabeth Street, Brownsville, Texas 78520