United States District Court
Southern District of Texas
FILED

SEP 2 3 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

<u>HEARING ON PLAINTIFFS' MOTION TO STAY</u>

CIVIL ACTION NO. <u>B-03-153</u>   DATE & TIME <u>9/23/03 @ 1:00 pm - 1:35 pm</u>

COUNSEL:

<u>NEVGULLMARCO COMPANY, INC., ET AL</u>   §   <u>Tom Fleming</u>

VS   §

<u>ANGEL ROMERO, JR.</u>   §   <u>Ray Marchan</u>

---

Courtroom Deputy:  Irma Soto
Law Clerk:         Christian Southwick
Court Reporter:    Barbara Barnard
CSO:               Harrelson

Case called on the docket. Tom Fleming appears for the Plaintiff. Ray Marchan appears for Deft. Court addresses jurisdiction issue. Court instructs Mr. Fleming to provide copy of the insurance policy to Mr. Marchan at that time Mr. Marchan will withdraw the depositions and pass hearing set in state court.

Plaintiffs to respond to Defendant's Motion to Dismiss (DE #8) by October 3, 2003. Defendant to respond by October 10, 2003

Plaintiffs' Motion to Stay (DE #3) is DENIED based on the fact that Defendant is withdrawing deposition. Court holds motion to stay and motion for jurisdiction pending briefs to be submitted by the parties. If the Court has jurisdiction, it will issue its ruling, together with time frames under which to address arbitration clause.

Court is adjourned.