

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**FILED**

**DEC 0 1 2003**

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| AVIGAIL MARTINEZ DE ROMERO Individually, and As Guardian of ANGEL ROMERO, JR., Mentally and Physically Incompetent; ANGEL ROMERO GONZALEZ and GLORIA BADILLO RODRIGUEZ DE ROMERO, The Natural Parents of ANGEL ROMERO, JR.; and LUCILLA DELGADO ROMERO, As Next Friend of ANGEL ROMERO DELGADO and CAROLINA ROMERO DELGADO, Minor Children of ANGEL ROMERO, JR. | § § § § § § § § § § § § § | |
| | § | CIVIL ACTION NO. B-03-153 |
| | § | |
| | § | JURY DEMANDED |
| VS. | § | |
| | § | |
| UNIVAR USA, INC.; NEVGULMARCO COMPANY, INC.; ZIMCO MARINE, INC.; AND CARMELITA, INC. AS THE OWNER/OPERATOR OF THE M/V "CARMELITA" | § § § § § § | |

## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**Nevgulmarco Company, Inc. and Carmelita, Inc.** file this their Certificate of Financially Interested Parties:

    1.    Nevgulmarco Company, Inc. certifies the following:

        a.    Carmelita, Inc.

        b.    Texgulmarco Company, Inc.

2. Carmelita, Inc. certifies the following: Nevgulmarco Company, Inc.

DATED the _26_ day of _NOV_____, 2003.

          Respectfully submitted,

          **FLEMING & HERNANDEZ, P.C.**
          1650 Paredes Line Road, Suite 102
          Brownsville, Texas 78521-1602
          Telephone: (956) 982-4404
          Telecopier: (956) 982-0943

          by: _/s/ Tom Fleming_
          **Tom Fleming**
          State Bar of Texas No. 07133000
          Federal I.D. No. 1188

          **Jeffrey G. Mathews**
          State Bar of Texas No. 24013115
          Federal I.D. No. 24499

          **ATTORNEYS FOR DEFENDANTS,**
          **NEVGULMARCO COMPANY, INC.**
          **and CARMELITA, INC.**

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing CERTIFICATE OF FINANCIALLY INTERESTED PARTIES were served on ___NOV 26___, 2003 in the manner(s) indicated below upon the following Counsel:

**CO-COUNSEL FOR PLAINTIFFS:**
Mikal C. Watts; Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1000 0767)*

**CO-COUNSEL FOR PLAINTIFFS:**
Ernesto Gamez, Jr.
LAW OFFICES OF ERNESTO GAMEZ, JR.
Justice For All Building
777 East Harrison Street
Brownsville, Texas 78520
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1000 0804)*

**CO-COUNSEL FOR DEFENDANT, UNIVAR USA, INC.:**
Stan Perry
HAYNES AND BOONE, LLP
1000 Louisiana, Suite 4300
Houston, Texas 77002-5012
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1000 0774)*

**CO-COUNSEL FOR DEFENDANT, UNIVAR USA, INC.:**
Michael Rodriguez
MICHAEL RODRIGUEZ, P.L.L.C.
1000 East Madison
Brownsville, Texas 78520
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1000 0811)*

**COUNSEL FOR DEFENDANT, ZIMCO MARINE, INC.:**
Jaime A. Saenz; RosaMaria Villagomez-Vela
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1000 0750)*

_____
Tom Fleming