IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AVIGAIL MARTINEZ DE ROMERO, Individually, and As Guardian of ANGEL ROMERO, JR., Mentally and Physically Incompetent; ANGEL ROMERO GONZALEZ and GLORIA BADILLO RODRIGUEZ DE ROMERO, The Natural Parents of ANGEL ROMERO, JR.; and LUCILLA DELGADO ROMERO, As Next Friend of ANGEL ROMERO DELGADO and CAROLINA ROMERO DELGADO, Minor Children of ANGEL ROMERO, JR. | * * * * * * * * * * * * * * |
| VS. | *  CIVIL ACTION NO. B-03-153 |
| UNIVAR USA, INC.; NEVGULMARCO COMPANY, INC.; ZIMCO, INC.; and CARMELITA, INC., As the Owner/ Operator of The M/V "Carmelita" | * * * *   JURY DEMANDED |

## ZIMCO MARINE, INC.'S
### DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

Defendant Zimco Marine, Inc. files this certificate of interested parties pursuant to the Order of Conference and Disclosure of Interested Parties and shows the Court the following:

Zimco Marine, Inc, certifies that in addition to all the named parties in this litigation, Texgulmarco Company, Inc., a Texas Corporation, is a financially interested party.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Jaime A. Saenz
Attorney-in-Charge
State Bar No. 17514859
Fed'l I.D. No. 7630
RosaMaria Villagómez-Vela
State Bar No. 24008210
Fed'l I.D. 22983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
Tel: (956) 542-7441
Fax: (956) 541-2170

**ATTORNEYS FOR DEFENDANT,
ZIMCO MARINE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Federal Rules of Civil Procedure, on this the 3rd day of December, 2003.

Mikal C. Watts
Ray R. Marchan
Watts Law Firm, LLP
Fort Brown Plaza
1926 East Elizabeth Street
Brownsville, Texas 78520
*Attorneys for Plaintiffs*

Ernesto Gamez, Jr.
Law Offices of Ernesto Gamez, Jr.
777 East Harrison Street
Brownsville, Texas 78520
*Attorneys for Plaintiffs*

Tom Fleming
Fleming & Hernandez, PC
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
***Attorneys for Defendants Nevgulmarco Company, Inc. and Carmelita, Inc.***

Stan Perry
Haynes and Boone, LLP
1000 Louisiana, Suite 4300
Houston, Texas 77002-5012
***Attorneys for Defendant Univar USA, Inc.***

Michael Rodriguez
Michael Rodriguez, PLLC
1000 East Madison
Brownsville, Texas 78520
***Attorneys for Defendant Univar USA, Inc.***

_____
Jaime A. Saenz