UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AVIGAIL MARTINEZ DE ROMERO Individually, and As Guardian of ANGEL ROMERO JR., Mentally and Physically Incompetent; ANGEL ROMERO GONZALEZ and GLORIA BADILLO RODRIGUEZ DE ROMERO, The Natural Parents Of ANGEL ROMERO, JR.; and LUCILLA DELGADO ROMERO as Next Friend of ANGEL ROMERO DELGADO and CAROLINA ROMERO DELGADO, Minor Children Of Angel Romero, Jr.<br><br>VS.<br><br>UNIVAR USA, INC.; NEVGULMARCO, INC.; ZIMCO, INC.; and CARMELITA INC. As The Owner/Operator Of the M/V "CARMELITA" | §§§§§§§§§§§§§§§§§<br><br>Civil Action No. B-03-153 |

**DEFENDANT UNIVAR USA INC.'S
CERTIFICATE OF INTERESTED PARTIES**

Defendant Univar USA Inc. files this Certificate of Interested Parties, listing all parties and entities known to Univar USA Inc. to have a financial interest in the outcome of this litigation.

*Entities that are financially interested in this litigation:*

1. Avigail Martinez de Romero, individually and as guardian of Angel Romero, Jr.

2. Angel Romero Gonzalez

3. Gloria Badillo Rodriguez de Romero

4. Angel Romero, Jr.

5. Lucilla Romero Delgado

6. Angel Romero Delgado

7. Carolina Romero Delgado

8. <u>Univar USA Inc.</u> [publicly traded]

9. Nevgulmarco Company, Inc.

10. Zimco Marine, Inc.

11. Carmelita, Inc.

*All known counsel of record:*

12. Ray R. Marchan, Watts Law Firm, L.L.P. [counsel for Romeros]

13. Ernesto Gamez, Jr., Law Offices of Ernesto Gamez, Jr. [counsel for Romeros]

14. Tom Fleming, Fleming & Hernandez, P.C. [counsel for Nevgulmargo Company, Inc. and Carmelita, Inc.]

15. Jaime Saenz, Rodriguez, Colvin & Chaney [counsel for Zimco Marine, Inc.]

16. Stan Perry, Haynes and Boone, LLP [counsel for Univar USA Inc.]

17. Michael Rodriguez, Michael Rodriguez, P.L.L.C. [counsel for Univar USA Inc.]

Respectfully submitted,

HAYNES AND BOONE, LLP

BY: _____
STAN PERRY
S.D.Tx. No. 1267
Texas Bar No. 15799920
1000 Louisiana, Suite 4300
Houston, Texas 77002-5012
Telephone:   (713) 547-2039
Telecopier:   (713) 236-5455

ATTORNEY-IN-CHARGE FOR
DEFENDANT UNIVAR USA INC.

MICHAEL RODRIGUEZ, P.L.L.C.

BY: _____
MICHAEL RODRIGUEZ
Federal I.D. No. 18759
Texas Bar No. 00791553
1000 E. Madison
Brownsville, Texas 78520
Telephone:   (956) 574-9333
Telecopier:   (956) 574-9337

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2003 a true and correct copy of the foregoing instrument was served by certified mail, return receipt requested to:

Mikal C. Watts
Ray R. Marchan
Watts Law Firm, L.L.P.
1926 East Elizabeth Street
Brownsville, TX 78520

Tom Fleming
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, TX 78521-1602

Ernesto Gamez, Jr.
Law Offices of Ernesto Gamez, Jr.
Justice For All Building
777 East Harrison Street
Brownsville, TX 78520

Jaime Saenz
RosaMaria Villagomez-Vela
Rodriguez, Colvin & Chaney
P.O. Box 2155
Brownsville, TX 78522

_____
Stan Perry

H-444787.1

3