IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AVIGAIL MARTINEZ DE ROMERO, individually and as Guardian of ANGEL ROMERO, JR., Mentally and Physically Incompetent; ANGEL ROMERO GONZALEZ and GLORIA BADILLO RODRIGUEZ DE ROMERO, The Natural Parents of ANGEL ROMERO, JR.; and LUCILLA DELGADO ROMERO, JR.; and LUCILLA DELGADO ROMERO, As Next Friend of ANGEL ROMERO DELGADO and CAROLINA ROMERO DELGADO, Minor Children of ANGEL ROMERO, JR. Plaintiffs § § § § § § § § § § § § § § § § | |
| v. § | Civil Action No.: B-03-153 |
| UNIVAR USA, INC.; NEVGULMARCO COMPANY, INC; ZIMCO MARINE INC.; AND CARMELITA INC., ET AL Defendants § § § § § | |

**CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE UNITD STATES DISTRICT JUDGE:

    Plaintiffs AVIGAIL MARTINEZ DE ROMERO, individually and as Guardian of ANGEL ROMERO, JR., Mentally and Physically Incompetent; ANGEL ROMERO GONZALEZ and GLORIA BADILLO RODRIGUEZ DE ROMERO, The Natural Parents of ANGEL ROMERO, JR.; and LUCILLA DELGADO ROMERO, JR.; and LUCILLA DELGADO ROMERO, As Next Friend of ANGEL ROMERO DELGADO and CAROLINA ROMERO DELGADO, Minor Children of ANGEL ROMERO, JR. and file this Certificate of Financially Interested Parties:



1.      The following is a list of the parties in this action, which all have a finacncial interest in the outcome of this litigation:

- AVIGAIL MARTINEZ DE ROMERO, individually and as Guardian of ANGEL ROMERO, JR., Mentally and Physically Incompetent; ANGEL ROMERO GONZALEZ and GLORIA BADILLO RODRIGUEZ DE ROMERO, The Natural Parents of ANGEL ROMERO, JR.; and LUCILLA DELGADO ROMERO, JR.; and LUCILLA DELGADO ROMERO, As Next Friend of ANGEL ROMERO DELGADO and CAROLINA ROMERO DELGADO, Minor Children of ANGEL ROMERO, JR.
- Plaintiffs attorneys of record Watts Law Firm, L.L.P., 1926 E. Elizabeth, Brownsville, Texas 78520.
- Plaintiffs co-counsel of record, Ernesto Gamez, Jr., Law Offices of Ernesto Gamez, Jr., Justice for All Building, 777 East Harrison Street, Brownsville, Texas 75820
- Univar USA, Inc. and their counsel of record Stan Perry, Haynes and Boone, L.L.P., 1000 Louisiana, Ste 4300, Houston, Texas 77002-5012 and their co-counsel of record, Michael Rodriguez, Attorney at Law 1000 East Madison, Brownsville, Texas 78520
- Nevgulmarco Company, Inc. and their counsel of record, Fleming & Hernandez, P.C., 1650 Paredes Line Road, Ste 102, Brownsville, Texas 78521-1602
- Carmelita, Inc. and their counsel of record, Fleming & Hernandez, P.C., 1650 Paredes Line Road, Ste 102, Brownsville, Texas 78521-1602
- Texgulmarco Company, Inc. and their counsel of record Fleming & Hernandez, P.C., 1650 Paredes Line Road, Ste 102, Brownsville, Texas 78521-1602
- Zimco Marine, Inc. and their counsel of record, Jaime A. Saenz and RosaMaria Villagomez-Vela, at Rodriguez, Colvin & Chaney, 1201 East Van Buren, P. O. Box 2155, Brownsville, Texas 78520

Respectfully submitted this the _____ day of December, 2003.

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 FAX

_____
RAY R. MARCHAN
State Bar No. 1269050
Fed. I.D. No. 9522
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On this the ___8___ day of December, 2003, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN