IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 19 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AVIGAIL MARTINZ DE ROMERO, ET AL | § § | |
| VS. | § | CIVIL ACTION NO. B-03-153 |
| UNIVAR USA, INC., ET AL | § § | |

## Scheduling Order

1. Trial: Estimated time to try: __10__ days.     ☐ Bench   ■ Jury

2. New parties must be joined by:     January 30, 2004
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     May 14, 2004

4. The defendant's experts must be named with a report furnished by:     July 16, 2004

5. Discovery must be completed by:     September 17, 2004

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:     September 10, 2004

    Non-Dispositive Motions will be filed by:     October 8, 2004

************************  The Court will provide these dates.  ************************

7. Joint pretrial order is due:     October 8, 2004

    *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:     November 2, 2004

9. Jury Selection is set for 9:00 a.m. on:*     November 4, 2004

*Counsel to do voir dire. Jury to be fourteen (14) members (including alternates) with ten (10) or more members required to reach a verdict.

The case will remain on standby until tried.

Signed this the __15th__ day of _____, 2003.

Andrew S. Hanen
United States District Judge

xc: **ALL COUNSEL OF RECORD**