IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 15 2004

Michael N. Milby
Clerk of Court

NEVGULMARCO COMPANY, INC., ET AL  )
                                  )
                                  ) CIVIL ACTION NO.
VS.                               ) B-03-153
                                  )
ANGEL ROMERO, JR.                 )

PLAINTIFFS' MOTION TO STAY
BEFORE THE HONORABLE ANDREW S. HANEN
SEPTEMBER 23, 2003

APPEARANCES:

For the Plaintiff:      MR. TOM FLEMING
                        Fleming & Hernandez
                        1650 Paredes Line Road
                        Brownsville, Texas

For the Defendant:      MR. RAY MARCHAN
                        Watts Law Firm
                        1926 East Elizabeth
                        Brownsville, Texas

Transcribed by:         BARBARA BARNARD
                        Official Court Reporter
                        600 E. Harrison, Box 301
                        Brownsville, Texas  78520
                        (956)548-2591

**CERTIFIED COPY**